JASON K. SINGLETON, State Bar # 166170
lawgroup@sbcglobal.net
RICHARD E. GRABOWSKI, State Bar # 236207
rgrabows@pacbell.net
SINGLETON LAW GROUP
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

Attorneys for Plaintiff, JAMES COLLINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS,<br><br>    Plaintiff,<br>v.<br><br>INYO CRUDE, INC., a California corporation, dba PEARSONVILLE SHELL STATION, DIANA JO PEARSON, Trustee of THE DONALD AND DIANA JO PEARSON 2006 TRUST, and DOES ONE TO FIFTY, inclusive,<br><br>    Defendants. | Case No. 1:07-CV-00417-OWW-DLB<br><br>**ORDER OF DISMISSAL PER PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

The within action has been voluntarily dismissed by Plaintiff in its entirety pursuant to ***FRCP*** 41(a).

Seeing no objections, it is so ordered the case of ***Collins vs. Inyo Crude, Inc., et al.***, No. 1:07-CV-417 OWW DLB is dismissed.

Dated:        6/13/07              /s/ Oliver W. Wanger
                                   **OLIVER W. WANGER,
                                   UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com